UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KINGSWOOD CAPITAL PARTNERS, LLC,
and BENCHMARK INVESTMENTS, LLC,

                    Plaintiffs,                     22-cv-5078 (PKC)

    -against-                                 ORDER

MIAMI LIFE, INC., and MICHAEL SNYDER

                    Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has plaintiffs' letter of June 28, 2022.  The Order of June 27, 2022 is clear and straight forward and compliance is expected.  Plaintiffs have defendants' pre-motion letter and are free to include in their amended complaint any other amendments they wish to make, including additions, revisions and/or deletions.  Plaintiffs need not respond to defendants' pre-motion letter and defendants are free to submit a new pre-motion letter addressed to the amended complaint, if it is appropriate to do so.

        SO ORDERED.

                                              P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       June 28, 2022

1